UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY L. MILES, | Case No. C13-1710-JCC-JPD |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff brought this action to seek judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 14.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"). On remand, the ALJ shall hold a *de novo* hearing and issue a new decision, and plaintiff may raise any issue and submit additional evidence in support of his claim. The ALJ shall reevaluate the medical opinion evidence, including the opinions of Sheila C. Williams-White, Ph.D., Terence Campbell, Ph.D., and Cassandra Clark, Ph.D., recontacting the medical

REPORT AND RECOMMENDATION
PAGE - 1

sources if necessary; reevaluate plaintiff's maximum residual functional capacity with specific reference to the evidence of record in support of the assessed limitations; reevaluate plaintiff's credibility in accordance with Social Security Ruling 96-7p; and, if obtaining vocational expert testimony, resolve any conflicts between such testimony and the *Dictionary of Occupational Titles*, in accordance with Social Security Ruling 00-4p.

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation. The Clerk should note the matter for March 20th, 2014 as ready for Judge Coughenour's consideration. A proposed order accompanies this Report and Recommendation.

DATED this 20th day of March, 2014.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2