THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFERY L. MILES,<br><br>   Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | CASE NO. C13-1710-JCC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge. (Dkt. No. 15.) After carefully considering the Report and Recommendation of Judge Donohue, the parties' briefing, and the balance of the record, the Court hereby ORDERS:

1) The Court ADOPTS the Report and Recommendation of Judge Donohue in full;

2) The final decision of the Commissioner is REVERSED and the case is REMANDED to the Social Security Administration for further proceedings consistent with the Report and Recommendation;

3) The Clerk of the Court is respectfully DIRECTED to send copies of this Order to the parties and to Judge Donohue.

//

//

1 DATED this 25th day of March 2014.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND
RECOMMENDATION
PAGE - 2